# EXHIBIT 4

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| PETER FALKNER and CARLA FALKNER, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> OVUM MEDICAL, LLC; INNOVATIVE ) <br> MEDICINE PARTNERS, LLC; KIRBY ) <br> PLESSALA; DENEEN PLESSALA; ALICE ) <br> CRISCI; MEDANSWERS, INC.; OVUM ) <br> HEALTH, INC.; PLESSALA GYNECOLOGY & ) <br> FERTILITY, PLLC; AVONA FERTILITY INC.; ) <br> and INNOMED SEVEN LLC, ) <br> ) <br>     Defendants. ) | Case No. 02-CV-2024-900997 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. §§ 1331, 1338, 1441, and 1454, Defendants Plessala Gynecology & Fertility, PLLC ("PGF") and InnoMed Seven, LLC ("InnoMed Seven") have on this the 5th day of March, 2025, filed their Notice of Removal, a copy of which is attached hereto as Exhibit A, in the Office of the Clerk of the United States District Court for the Southern District of Alabama, Southern Division. The Notice of Removal, and this Notice of Filing of the same, serve to effect full removal of the case, pursuant to 28 U.S.C. § 1446, from this Court to the United States District Court for the Southern District of Alabama, Southern Division, thereby precluding this Court from proceeding further in this case.

Date: March 5, 2025                     Respectfully submitted,

By: /s/ Zachary A. Madonia
    Zachary A. Madonia
    Bradley Arant Boult Cummings LLP
    1819 Fifth Avenue North
    Birmingham, AL 35203
    Telephone: (205) 521-8000
    Email: zmadonia@bradley.com

    Brian P. McCarthy
    McDowell Knight Roedder & Sledge LLC
    11 North Water Street, Suite 13290
    Mobile, AL 36602
    Tel.: (251) 431-8806
    bmccarthy@mcdowellknight.com

    *Attorneys for Defendants Plessala Gynecology & Fertility, PLLC, InnoMed Seven LLC, Innovative Medicine Partners, LLC, Kirby Plessala, and Deneen Plessala*

# CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on March 5, 2025, I caused a copy of the foregoing to be served on all parties who have appeared of record by electronically filing the document with the Clerk of Court using the AlaFile system.

In addition the undersigned also caused a true and correct copy of the foregoing to be mailed to the registered agent for Avona Fertility, Inc. at the following address:

Avona Fertility, Inc.
C/O A Registered Agent, Inc.
8 The Green, Ste A
Dover, DE 19901

*/s/ Zachary A. Madonia*
Zachary A. Madonia