# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| PETER FALKNER and CARLA FALKNER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:25-cv-00090 ) ) Removed from the Circuit Court of |
| OVUM MEDICAL, LLC; INNOVATIVE MEDICINE PARTNERS, LLC; KIRBY PLESSALA; DENEEN PLESSALA; ALICE CRISCI; MEDANSWERS, INC.; OVUM HEALTH, INC.; PLESSALA GYNECOLOGY & FERTILITY, PLLC; AVONA FERTILITY INC.; and INNOMED SEVEN LLC, | ) Mobile County, Alabama 02-CV- ) 2024-900997.00 ) ) ) ) ) ) ) |
| Defendants. | ) |

## **NOTICE OF CONSENT TO REMOVAL**

Defendants Innovative Medicine Partners, LLC, Kirby Plessala, and Deneen Plessala, by and through their undersigned counsel, hereby give notice of their consent to Defendants Plessala Gynecology & Fertility, PLLC and InnoMed Seven, LLC's removal of this case from the Circuit Court of Mobile County, Alabama to the United States District Court for the Southern District of Alabama, Southern Division.

Respectfully submitted this 6th day of March, 2025.

By: */s/ Zachary A. Madonia*
    Zachary A. Madonia
    Bradley Arant Boult Cummings LLP
    1819 Fifth Avenue North
    Birmingham, AL 35203
    Tel.: (205) 521-8013
    zmadonia@bradley.com

    Brian P. McCarthy
    McDowell Knight Roedder & Sledge LLC
    11 North Water Street, Suite 13290
    Mobile, AL 36602
    Tel.: (251) 431-8806
    bmccarthy@mcdowellknight.com

    *Attorneys for Defendants Plessala Gynecology & Fertility, PLLC, InnoMed Seven LLC, Innovative Medicine Partners, LLC, Kirby Plessala and Deneen Plessala*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on March 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused a true and correct copy to be served on the following counsel of record by electronic mail and certified mail:

Thomas H. Benton
Benton Law Firm, LLC
169 Dauphin Street, Suite 300
Mobile, AL 36602
Tel.: (251) 604-1123
tom@benton-law.com

*Attorney for Plaintiffs Peter Falkner and Carla Falkner*

Allen E. Graham
PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
Tel.: (251) 510-8233
teeto.graham@phelps.com

*Counsel for Defendants Ovum Medical, LLC,
Alice Crisci, MedAnswers, Inc., and Ovum Health, Inc.*

/s/ *Zachary A. Madonia*
Zachary A. Madonia