**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **PETER FALKNER and CARLA FALKNER**, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**OVUM MEDICAL, LLC; et al.,** )<br>)<br>Defendants. )<br>) | **CIVIL ACTION NO.:**<br>**1:25-CV-00090** |

**DEFENDANTS ALICE CRISCI, OVUM MEDICAL, LLC, MEDANSWERS, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants ALICE CRISCI, OVUM MEDICAL, LLC, and MEDANSWERS, INC. (collectively, the "Moving Defendants"), by and through undersigned counsel, file this motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). In the alternative, Defendants request that this Court render judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). In support, Moving Defendants state as follows:

**LEGAL STANDARD & ARGUMENT**

Motions for judgment on the pleadings are proper after a defendant has answered, and it is evident that the complaint states no cognizable claim for relief. *See* Fed. R. Civ. P. 12(c). Such motions are adjudicated under the same standard utilized for Rule 12(b)(6) motions – namely, whether the complaint contains "sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S. at 678. In ruling on a 12(b)(6)

motion, the Court accepts the factual allegations in the complaint as true and construes them in the light most favorable to the non-moving party. *Hill v. White*, 321 F.3d 1334 (11th Cir. 2003).

Defendants hereby adopt the motion to dismiss (Doc. 10, PageID.304-492) filed by Defendants Innovative Medicine Partners, LLC ("IMP"), InnoMed Seven, LLC ("InnoMed"), Kirby Plessala, Deneen Plessala ("the Plessalas"), and Plessala Gynecology & Fertility, PLLC ("PGF") (collectively, the "Plessala Defendants"). For the reasons articulated in the Plessala Defendants' motion, the Plaintiffs have not plausibly alleged a breach of contract and, therefore, cannot allege that the Moving Defendants intentionally interfered with the same—nor have they alleged resulting damages.

Therefore, Moving Defendants request dismissal pursuant to Rule 12(b)(6) or, in the alternative, for judgment on the pleadings under Rule 12(c).

By: */s/ Grace L. Williams*
Allen E. Graham
Grace Williams
PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
Tel.: (251) 510-8233
teeto.graham@phelps.com
grace.williams@phelps.com

*Counsel for Defendants Ovum Medical, LLC, Alice Crisci, MedAnswers, Inc., and Ovum Health, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on March 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused a true and correct copy to be served on the following counsel of record by electronic mail:

| | |
|---|---|
| Thomas H. Benton<br>Benton Law Firm, LLC<br>169 Dauphin Street, Suite 300<br>Mobile, AL 36602<br>tom@benton-law.com<br>***Attorney for Plaintiffs Peter Falkner and Carla Falkner*** | Zachary A. Madonia<br>Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>zmadonia@bradley.com<br>***Attorneys for Defendants Plessala Gynecology & Fertility, PLLC, InnoMed Seven LLC, Innovative Medicine Partners, LLC, Kirby Plessala and Deneen Plessala*** |
| Brian P. McCarthy<br>McDowell Knight Roedder & Sledge LLC<br>11 North Water Street, Suite 13290<br>Mobile, AL 36602<br>bmccarthy@mcdowellknight.com<br>***Attorneys for Defendants Plessala Gynecology & Fertility, PLLC, InnoMed Seven LLC, Innovative Medicine Partners, LLC, Kirby Plessala and Deneen Plessala*** | |

/s/ *Grace L. Williams*
Grace L. Williams