IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PETER FALKNER and** <br> **CARLA FALKNER,** | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| vs. | ) Civil Action No. 25-00090-KD-MU <br> ) |
| **OVUM MEDICAL, LLC, et al.,** | ) <br> ) |
| Defendants. | ) |

## ORDER

Upon *sua sponte* review of the docket, the Court found that the 90-day period in Rule 4(m) of the Federal Rules of Civil Procedure had ended and that Plaintiffs Peter Falkner and Carla Falkner had not filed a proof of service as to Defendant Avona Fertility, Inc. (doc. 49). The Court gave Plaintiffs notice that Avona would be dismissed without prejudice unless Plaintiffs filed proof of service or showed good cause for their failure to serve such that the Court must grant an extension of the Rule 4(m) deadline (Id.).

To date, Plaintiffs have not filed a proof of service or made a showing of good cause. Accordingly, this action as to Avona is dismissed without prejudice for failure to prosecute and failure to comply with the Court's Orders. Goforth v. Owens, 766 F.2d 1533, 1535 (11th Cir. 1985) ("The court's power to dismiss is an inherent aspect of its authority to enforce its orders and insure prompt disposition of lawsuits."); S.D. Ala. Civ. LR 41(a) ("Whenever the Plaintiff has not completed service of process within the time required by Fed. R. Civ. P. 4(m), and the Defendant has not waived service under Fed. R. Civ. P. 4(d), the Court upon notice may dismiss the action in accordance with Fed. R. Civ. P. 4(m).").

The Clerk is directed to terminate Avona as a defendant.

DONE and ORDERED this 1st day of December 2025.

>s/ Kristi K. DuBose
>KRISTI K. DuBOSE
>UNITED STATES DISTRICT JUDGE