IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PETER FALKNER** and **CARLA FALKNER,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 25-CV-00090-KD-MU ) |
| **OVUM MEDICAL, LLC,** *et al.,* | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 53) is **ADOPTED** as the opinion of this Court.

Accordingly, the Plaintiffs' motions to strike (docs. 45, 46) are **DENIED,** the Defendants' motions to dismiss (docs. 10, 11) are **GRANTED,** and this action is **dismissed without prejudice.**

**DONE** and **ORDERED** this 4th day of March 2026.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE